UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. Gernick Bar-Meir,

Plaintiff,

v.

Gary Walker,

Defendant.

Civil No. 01-1764 PAM/SRN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: September 27, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

2

FILED SEP 27 2001
Richard D. Sletten, CLERK
Judgment Ent'd. 
Deputy Clerk's Initials MKQ

Bar-Meir vs Walker CIVIL 01-1764 PAM/JGL

Magistrate Jonathan G. Lebedoff is now the Magistrate on this case.