# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 01-1764 PAM/JGL Case Title: Genesis Bar-Mier v Gary Walker

**Affidavit of Movant**

I, Dean C. Eyler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Debra J. Stanek, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Gary Walker in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | # 267491 | January 31, 2002 |
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Debra J. Stanek, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Debra J. Stanek | Debra J. Stanek [signature] | January 18, 2002 |
| Type/Print Name | Signature | Date |

Attorney License Number: 6198131

Law Firm Name & Address: Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago, Illinois 60603

Telephone: (312)-853-7637

Motion Granted: Richard D. Sletten [signature]
For the Court: Richard D. Sletten, Clerk

FEB 04 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED FEB 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________