UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1764 (PAM/JGL)

DR. GENICK BAR-MEIR,

Plaintiff,

v.

**PRETRIAL ORDER**

GARY WALKER,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. All parties shall disclose all expert witnesses, including reports, by June 1, 2002;

4. The period during which the parties may seek fact discovery shall be completed by August 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to October 1, 2002; and

7. This case will be considered "ready for trial" as of February 1, 2003.

DATED: February 20, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed FEB 20 2002
Richard D. Sletten, Clerk
Judgment Entd.______________
Deputy Clerk______________