UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1764 (PAM/JGL)

DR. GENICK BAR-MEIR,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

GARY WALKER,

Defendant.

A settlement conferencc has bccn scheduled in the above-referenced matter for **Thursday, May 2, 2002, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: April 16, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

**Notice mailed to:**
Dr. Genick Bar-Meir
1107 16th Avenue SE
Minneapolis, MN 55414

Dean Eyler, Esq.
Suite 1500
50 Sixth Street South
Minneapolis, MN 55402

Debra Stanek, Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

APR 16 2002

Filed
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk